RICHARD CEPULONIS *vs.* SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION, CEDAR JUNCTION, & others. September 20, 2004. *Moot Question.*

Richard Cepulonis appeals from the denial of his petition, pursuant to G. L. c. 211, § 3, by a single justice of this court. In his petition, he sought an order

---

[1]Robyn Stephenson Marino and Kimberly Ann Stephenson.

[2]Of the Anna M. Stephenson Family Trust.

[3]Jeanne L. D'Amore, Robyn Stephenson Marino, Kimberly Ann Stephenson, Amber Anne D'Amore, Matthew Stephenson Marino, Hilary Caroline Marino, and the Commissioner of Internal Revenue.

"staying or enjoining" enforcement of a Superior Court order (dismissing his complaint in an underlying civil action) pending appeal to the Appeals Court. Similar relief was sought and denied in the Superior Court and in the Appeals Court.

While this appeal has been pending, the Appeals Court issued a memorandum and order pursuant to its rule 1:28 affirming the Superior Court's order and the final judgment dismissing Cepulonis's complaint. *Cepulonis* v. *Superintendent, Mass. Correctional Inst., Cedar Junction,* 57 Mass. App. Ct. 1108 (2004). The relief requested in this case, therefore, is academic. *Nadheerul-Islam* v. *Commonwealth,* 438 Mass. 1004, 1005 (2002). Cepulonis's appeal is moot. *Id.*

*Appeal dismissed.*

The case was submitted on briefs.

*Nancy Ankers White,* Special Assistant Attorney General, *& Daryl F. Glazer* for the defendant.

*Richard Cepulonis,* pro se.